# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

May 22, 2019

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　　Re:　　Carlos Meza Suarez v. Emmelle Design Inc. et al;
　　　　　　　　　　　　Case No. 19-cv-00327

Your Honor:

　　This office represents Plaintiffs in the above-referenced matter. I write jointly with Defense Counsel regarding Your Honor's order dated April 23, 2019 requiring the submission of settlement and fairness materials by May 21, 2019.

　　As previously noticed the Parties and their Counsel are pleased to report that they have reached a settlement at mediation. We are still involved in the process of finalizing the settlement agreement and fairness materials and therefore request a brief two-week extension to submit a proposed settlement agreement and fairness materials.

　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　/s/ Michael Faillace, Esq.
　　　　　　　　　　　　　　　Michael Faillace
　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*