| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/13/2019 |

---------------------------------------------------------- X
CARLOS MEZA SUAREZ, *individually and*
*on behalf of others similarly situated,*

                            Plaintiff,

              -v-

EMMELLE DESIGN, INC. (D/B/A
EMMELLE DESIGN), MI JONG LEE,
GLORIA DOE, and ROSIE DOE,

                           Defendants.
---------------------------------------------------------- X

19-CV-327 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties have submitted their settlement agreement to the Court for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015);

IT IS HEREBY ORDERED THAT the Court will not approve the parties' settlement agreement unless they make the following modifications to it: (1) the installment schedule in paragraph 2 must specify that Plaintiff will receive at least a 2/3 share of each installment payment; (2) the last line of paragraph 2(b) should refer to "the payment described in paragraph 2**(a)**, above"; and (3) the term "Action" in paragraph 7 must be defined in one of the "whereas" clauses. The parties must submit a revised settlement agreement to the Court no later than **June 27, 2019**.

**SO ORDERED.**

**Date: June 13, 2019**
       **New York, NY**

                                        _____
                                        **VALERIE CAPRONI**
                                        **United States District Judge**